# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3997

_____

Gary James Walker,                          *
                                            *
                    Petitioner,             *
                                            *   Petition for Review of an Order
        v.                                  *   of the Railroad Retirement Board.
                                            *
Railroad Retirement Board,                  *           [UNPUBLISHED]
                                            *
                    Respondent.             *

_____

Submitted:  December 7, 1999

Filed:   December 10, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Gary James Walker petitions for review of an order of the Railroad Retirement Board (Board) denying his appeal. Walker contends the Board erroneously decided it was required to honor a state court order that a portion of Walker's Railroad Retirement Act disability benefits be paid to his former wife. Having reviewed the record and the parties' submissions, we conclude the Board's finding that it was required by law and regulation to comply with the order was supported by substantial evidence. See 45 U.S.C. § 231m(b)(2); 20 C.F.R. §§ 295.2-.4; King v. Railroad Retirement Bd., 981 F.2d 365, 367 (8th Cir. 1992) (per curiam) (standard of review).

Accordingly, we affirm the decision of the Board.

A true copy.

   Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.